Louis Gallopin, Appellant, *v.* International Committee of Bankers on Mexico et al., Respondents.

Argued March 11, 1942; decided April 23, 1942.

*Thomas A. McDonald* for appellant.

*Ralph M. Carson* and *Lester H. Chase* for respondents.

Judgment affirmed, with costs.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.